**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1523**

In re:  MAURICE CORTEZ PROCTOR, SR.,

Petitioner.

On Petition for Writ of Mandamus.  (1:85-cr-00547-DKC-1)

Submitted:  July 13, 2022                    Decided:  July 25, 2022

Before GREGORY, Chief Judge, and NIEMEYER and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Maurice Cortez Proctor, Sr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Cortez Proctor, Sr., petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently took significant action on Proctor's § 2255 motion. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*